UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK E. O'BRIEN

    v.                                                                                                                                                   23CV1369(MPS)

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC, CALIBER HOME LOANS, INC.,
FAY SERVICING, LLC, JOHN P. GRAYKEN,
LONE STAR GLOBAL
ACQUISITIONS, LTD (d/b/a/ LONE STAR FUNDS),
and U.S. BANCORP (d/b/a
U.S. BANK TRUST, NA, and U.S. BANK NA)


**JUDGMENT**

This action came on for consideration on defendant's motion to dismiss before the Honorable Michael P. Shea, United States District Judge,

The Court having considered the motion and the full record of the case including applicable principles of law and having filed it Ruling on March 31, 2025 granting defendants' motions to dismiss. It is therefore;

ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendants RUSHMORE LOAN MANAGEMENT SERVICES, LLC, CALIBER HOME LOANS, INC., FAY SERVICING, LLC, JOHN P. GRAYKEN, LONE STAR GLOBAL ACQUISITIONS, LTD. (D/B/A/ LONE STAR FUNDS), AND U.S. BANCORP (D/B/A U.S. BANK TRUST, NA AND U.S. BANK, NA), against the plaintiff MARK E. O'BRIEN, in accordance with the court's ruling, and the case is closed.

Dated at Hartford, Connecticut, this 31st day of March 2025.

Dinah Milton Kinney, Clerk

By <u>  /s/ Christina Sichanh  </u>
Deputy Clerk

EOD: 3/31/2025